Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THIRD DEGREE FILMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-7,<br>Defendants. | Civil Action No. 3:12-cv-04692-FLW-TJB |

### CERTIFICATE OF RELATED CASES

I, Patrick J. Cerillo, certify that the following cases are related:

|  | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Third Degree Films, Inc. v. John Does 1-9 | 3:12-cv-03894-MAS-DEA | Trenton | Michael A. Shipp, D.J.<br>Douglas E. Arpert, M.J. |
| 2. | Malibu Media, LLC v. John Does 1-30 | 3:12-cv-03896-MAS-DEA | Trenton | Michael A. Shipp, D.J.<br>Douglas E. Arpert, M.J. |
| 3. | Malibu Media, LLC v. John Does 1-22 | 3:12-cv-03898-MAS-LHG | Trenton | Michael A. Shipp, D.J.<br>Lois H. Goodman, M.J. |
| 4. | Malibu Media, LLC v. John Does 1-46 | 2:12-cv-03905-SRC-CLW | Newark | Stanley R. Chesler, D.J.<br>Cathy L. Waldor, M.J. |
| 5. | Malibu Media, LLC v. John Does 1-40 | 3:12-cv-03899-MAS-LHG | Trenton | Michael A. Shipp, D.J.<br>Lois H. Goodman, M.J. |
| 6. | Malibu Media, LLC v. John Does 1-62 | 3:12-cv-03900-AET-LHG | Trenton | Anne E. Thompson, D.J.<br>Lois H. Goodman, M.J. |
| 7. | Patrick Collins, Inc. v. John Does 1-43 | 2:12-cv-03908-KSH-PS | Newark | Katharine S. Hayden, D.J.<br>Patty Shwartz, M.J. |
| 8. | Patrick Collins, Inc. v. John Does 1-47 | 2:12-cv-03906-SRC-CLW | Newark | Stanley R. Chesler, D.J.<br>Cathy L. Waldor, M.J. |

| 9. | Patrick Collins, Inc. v. John Does 1-44 | 2:12-cv-03907-ES-CLW | Newark | Esther Salas, D.J. Cathy L. Waldor, M.J. |
| 10. | Malibu Media, LLC v. John Does 1-39 | 2:12-cv-04702-JLL-MAH | Newark | Jose L. Linares, D.J. Michael A. Hammer, M.J. |
| 11. | Malibu Media, LLC v. John Does 1-14 | 1:12-cv-04703-RBK-AMD | Camden | Robert B. Kugler, D.J. Ann Marie Donio, M.J. |
| 12. | Third Degree Films, Inc. v. John Does 1-17 | 2:12-cv-04704-DMC-JAD | Newark | Dennis M. Cavanaugh, D.J. Joseph A. Dickson, M.J. |
| | | | | |
| 13. | Patrick Collins, Inc. v. John Does 1-41 | 3:12-cv-04695-JAP-DEA | Trenton | Joel A. Pisano, D.J. Douglas E. Arpert, M.J. |
| 14. | Patrick Collins, Inc. v. John Does 1-37 | 1:12-cv-04710-RBK-AMD | Camden | Robert B. Kugler, D.J. Ann Marie Donio, M.J. |

Respectfully submitted,

By:   /s/ Patrick J. Cerillo

Dated: August 10, 2012

Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

2