Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THIRD DEGREE FILMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 2-7,<br><br>Defendants. | Civil Action No. 3:12-cv-04692-FLW-TJB |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE 5 ONLY

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe 5 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 5 was assigned the IP Address 69.115.201.58. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 5 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October 31, 2012

Respectfully submitted,

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esquire

1

pjcerillolaw@comcast.net  
Attorney At Law  
4 Walter Foran Boulevard, Suite 402  
Flemington, NJ 08822  
Phone: 908-284-0997  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/<u>*Patrick J. Cerillo*</u>  
Patrick J. Cerillo, Esq.